# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeannie Frederickson,<br><br>  Plaintiff,<br><br>vs.<br><br>NCO Financial Systems, Inc.,<br><br>  Defendant. | No. CV-08-0876 PHX-DGC<br><br><br><br>**ORDER** |

Pursuant to stipulation of the parties,

IT IS HEREBY ORDERED that the parties' stipulation to dismiss this case with prejudice is **granted,** each side to bear their own attorneys' fees and costs.

DATED this 24th day of October, 2008.

_____
David G. Campbell
United States District Judge